IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW B. KREPPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 11 C 8787 |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey N. Cole |
| NIIT (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTIONS

TO:   Andrew Flake
Arnall Golden Gregory LLP
andrew.flake@agg.com

Daniel J. Fumagalli
Chuhak & Tecson, P.C.
dfumagalli@chuhak.com

PLEASE TAKE NOTICE that on **Thursday, October 10, 2013, at 8:30 a.m.**, I shall appear before the Honorable Jeffrey N. Cole in Room 1003 of the Dirksen Federal Building, and then and there present **PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF PLAINTIFF'S FORMER COUNSEL** and **PLAINTIFF'S MOTION TO REQUIRE NIIT TO PAY FOR DEPOSITION OF TESTIFYING EXPERT**, copies of which are herewith served upon you.

/s/ Matthew D. Tanner

Matthew D. Tanner (ARDC 6202508)
Richard H. Lehman
TANNER & LEHMAN LLC
53 West Jackson Boulevard, Suite 400
Chicago, Illinois 60604

312.588.1970
*Counsel for Matthew B. Krepps*

## CERTIFICATE OF SERVICE

Matthew D. Tanner hereby certifies that he caused the foregoing Notice and the Motions referenced therein to be served upon all counsel of record via the court's electronic docketing system on October 4, 2013.

                                                  /s/ Matthew D. Tanner